1092

No. 80–5766. SIMS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 80–5771. CHIPMAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 80–5772. DUKES v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 80–5774. THOMAS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 80–5776. HAMMORK v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 80–5784. BINGHAM v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 80–5786. DOZIER v. SOWDERS, PENITENTIARY SUPER-INTENDENT. C. A. 6th Cir. Certiorari denied.

No. 80–5788. BENNETT v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–5792. JOHL v. TOWN OF GROTON ET AL. C. A. 2d Cir. Certiorari denied.

No. 80–5797. ULMER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–5804. EYRICH v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 80–5806. EMASSAS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 80–5832. ALLEN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–5837. IQBAL v. UNITED STATES. C. A. 6th Cir. Certiorari denied.